IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**NICHOLAS PARKS,**<br><br>**Defendant.** | Criminal No. MJM-24-352 |

## MOTION TO UNSEAL

The United States, by its undersigned attorneys, hereby notifies the Court that there is no further need for the docket in this matter to be sealed and moves to unseal the docket in the above-captioned case.

                                          Respectfully submitted,

                                          Kelly O. Hayes
                                          United States Attorney

By: _____
                                          Alexander Levin
                                          Assistant United States Attorney

*Digitally signed by ALEXANDER LEVIN Date: 2025.04.10 14:26:18 -04'00'*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Criminal No. MJM-24-352** |
| **NICHOLAS PARKS,** | |
| **Defendant.** | |

## ORDER UNSEALING DOCKET

Having considered the Government's Motion to Unseal, it this ___ day of April, 2025:

**ORDERED**, that the Indictment and docket shall be, and the same hereby are, hereby UNSEALED.

_____
The Hon. Adam B. Abelson
United States District Judge