IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS PARKS,<br><br>Defendant. | Criminal No. MJM-24-352 |

### ORDER UNSEALING DOCKET

Having considered the Government's Motion to Unseal, it this 14th day of April, 2025:

**ORDERED**, that the Indictment and docket shall be, and the same hereby are, hereby **UNSEALED**.

/S/
_____
The Hon. Matthew J. Maddox
United States District Judge